**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1386**

_____

ADAEZE NWOSU,

            Plaintiff - Appellant,

        v.

GRITZ, HANIFIN & SHIH, LLC,

            Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, Senior District Judge.  (8:24-cv-00162-DLB)

_____

Submitted:  November 19, 2024                    Decided:  November 21, 2024

_____

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Adaeze Nwosu, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adaeze Nwosu seeks to appeal the district court's order denying Nwosu's motion to recuse the district court judge assigned to her case. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Nwosu seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See In re Va. Elec. & Power Co.*, 539 F.2d 357, 364 (4th Cir. 1976); *accord Mischler v. Bevin*, 887 F.3d 271, 271 (6th Cir. 2018) (per curiam) ("[A]n order denying recusal is not immediately appealable under the collateral order doctrine."). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*